FLORENCE A. MERRILL, Respondent, *v.* PETER BRUNER, as Survivor, etc., Appellant.

(Submitted June 9, 1890; decided June 24, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 28, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Horatio W. P. Hodson* for appellant.

*Thomas O'Callaghan, Jr.,* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

JOHN GALWEY et al., Respondents, *v.* JACOB D. NORDLINGER, Impleaded, etc., Appellant.

(Argued June 11, 1890; decided June 24, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 28, 1889, which affirmed a judgment in favor of plaintiffs entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Joseph A. Shoudy* for appellant.

*B. F. Einstein* for respondents.

Agree to affirm on opinion of DANIELS, J., below.
All concur.
Judgment affirmed.